```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                  :
                                                              :
          -against-                                           :
                                                              :   19-cr-166 (VEC)
                                                              :
    DEVONAIRE PRICE,                                          :   ORDER
                                                              :
                           Defendant.                         :
 ------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties were scheduled to appear for a change-of-plea hearing on August 31, 2021; and

WHEREAS the Government and defense counsel appeared at the August 31 hearing, but Defendant refused to appear;

IT IS HEREBY ORDERED that trial shall commence with jury selection on **October 13, 2021, at 10:00 a.m.**  Because this case is first on the list of jury trials for October 13, 2021, this is a firm trial date.  Mr. Price will proceed to trial with co-Defendant Jose Caban.  The Court will notify the parties in which courtroom the trial will proceed closer to the date of the trial.

IT IS FURTHER ORDERED that the deadline for the Government and Mr. Price to file motions *in limine* relative to Mr. Price (the deadline for the Government and Mr. Caban to file motions related to Mr. Caban has passed) is extended to **September 10, 2021**, with responses due **September 17, 2021**.  The existing **September 21, 2021** deadline for requests to charge and proposed *voir dire* questions remains the same.

IT IS FURTHER ORDERED that a Final Pretrial Conference is scheduled for **September 30, 2021, at 3:00 p.m.**, in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#. All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Dated: August 31, 2021**
      **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**