UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
        -against-                                            :
                                                             :      19-cr-166 (VEC)
                                                             :
    DEVONAIRE PRICE,                                         :            ORDER
                                                             :
                        Defendant.                           :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing is scheduled for January 5, 2022, at 10:30 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that Mr. Price's sentencing is ADJOURNED until **Monday, January 10, 2022, at 10:30 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  The deadline for sentencing submissions from both sides is hereby adjourned from December 22, 2021 until December 27, 2021.

**SO ORDERED.**

Date:  December 9, 2021
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**