

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/20/21__

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

December 20, 2021

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Devonaire Price*
              19 Cr. 166 (VEC)
              Consent Request to Adjourn Sentencing

Dear Judge Caproni:

      Reference is made to the scheduled sentencing of defendant Devonaire Price on January 5, 2022 in the above-entitled case. It is respectfully requested that Your Honor adjourn the sentencing on consent for thirty days or until such time convenient for the Court. Counsel, although separated, just learned his wife will undergo an invasive surgical procedure on January 4, 2022. We just learned of the necessity of this operation last week.

      Counsel has spoke to Assistant United States Attorney Jamie Bagliebter regarding this request to which she consents.

      Should Your Honor have any further questions, or want further explanation, please contact me immediately.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

Application GRANTED. The sentencing currently scheduled for Monday, January 10, 2022, at 10:30 a.m. is hereby ADJOURNED until **Wednesday, February 23, 2022, at 10:30 a.m.** The deadline for sentencing submissions from both sides is hereby adjourned from December 27, 2021 to February 9, 2022.

SO ORDERED.

*[signature]*  12/20/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE