**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

February 9, 2022

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/9/22
```

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Devonaire Price*
    19 Cr. 166 (VEC)
    <u>Consent Request for Additional Time to Submit Sentencing Submissions</u>

Dear Judge Caproni:

  Reference is made to Your Honor's Order requiring that the parties submit their sentencing submissions today, February 9, 2022, in the above-entitled case. It is respectfully requested that Your Honor allow the parties to file their sentencing submissions by Friday February 11, 2022. The reason for this request is that the MDC has been in lockdown since December 26, 2021 frustrating counsel's ability to meet with his client after he was transferred there from the Essex County New Jersey Jail. Counsel arranged a telephone conference with his client yesterday and needs additional time to meet with him in person. Counsel has kept the government apprised of this situation.

  Counsel has spoke to Assistant United States Attorney Justin Rodriguez regarding this request to which she consents.

  Accordingly, it is respectfully requested that the parties have until February 11, 2022 to submit their sentencing submissions.

Should Your Honor have any further questions, or want further explanation, please contact me immediately.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

---

Application GRANTED. The parties' sentencing submission deadline is hereby ADJOURNED from February 9, 2022 until February 11, 2022.

SO ORDERED.

*Valerie Caproni*  2/9/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE